UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PATSY JOINNIDES,

                    Plaintiff,                                No: 12-CV-5682
                                                          (JS) (AKT)

                 -against-                                     **NOTICE OF**
                                                                 **MOTION**

FLORAL PARK-BELLEROSE UNION FREE
SCHOOL DISTRICT, BOARD OF EDUCATION OF
THE FLORAL PARK-BELLROSE UNION FREE
SCHOOL DISTRICT,

                              Defendants.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Joshua Beldner, dated April 23, 2014, and the exhibits annexed thereto, Plaintiff's Memorandum of Law, and upon all prior pleadings herein, Plaintiff Patsy Joinnides will move this Court, before the Honorable U.S. Magistrate Judge A. Kathleen Tomlinson, at the United States District Court for the Eastern District of New York, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, 11722, at a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 16, and Fed. R. Civ. P. 15, granting Plaintiff permission to amend the complaint, together with such other further relief as this Court deems just, equitable and proper.

Dated: Garden City, New York           The Law Office of Steven A. Morelli, P.C.
April 24, 2014                                  *Attorneys for Plaintiff*
                                                1451 Franklin Avenue
                                                Garden City, NY 11530
                                                (516) 393-9151

                                                _____
                                                JOSHUA BELDNER