The Law Office Of
# STEVEN A. MORELLI
1461 Franklin Avenue, Garden City, New York 11530

Tel: 516-393-9151                                    Fax: 516-280-7528

---

May 22, 2014

*Via ECF*

Hon. Judge Joanna Seybert
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

>    Re:    *Joinnides v. Floral Park-Bellerose Union Free School District et al (12-cv-5682) (JS) (AKT)*

Dear Judge Seybert:

This firm represents Plaintiff Patsy Joinnides in the above referenced matter. On April 4, 2014, Your Honor granted Plaintiff permission to file a Motion to Amend the Complaint. In particular, deadlines were scheduled as follows:

1.    Plaintiff to file Motion to Amend on or before April 25, 2014;

2.    Defendants to respond on or before May 16, 2014; and

3.    Plaintiff's Reply papers due May 23, 2014.

Plaintiff served her motion papers on Defendants on April 25, 2014. Defendants served opposition papers on May 16, 2014. However, both parties were under the mistaken belief that the Motion to Amend would be decided by Magistrate Judge Tomlinson. In accordance with Judge Tomlinson's Individual Rules, which state that no motion papers are to be filed until the motion is fully briefed, the parties were going to file the papers electronically on May 23, 2014. We apologize for the confusion.

The parties are now filing all papers in connection with the Motion to Amend via ECF, and will serve courtesy copies, in accordance Your Honor's Individual Rules.

If you have any questions, please do not hesitate to contact the undersigned. Thank you for your time and consideration regarding this matter.

Very Truly Yours,

_____/s/_____
Joshua Beldner