```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PATSY JOINNIDES,

                    Plaintiff,

      -against-                              REFERRAL ORDER
                                             12-CV-5682(JS)(AKT)
FLORAL PARK-BELLEROSE UNION FREE
SCHOOL DISTRICT, and BOARD OF EDUCATION
OF THE FLORAL PARK-BELLEROSE UNION FREE
SCHOOL DISTRICT,

                    Defendants.
----------------------------------------X
APPEARANCES
For Plaintiff:      Steven A. Morelli, Esq.
                    Joshua S. Beldner, Esq.
                    The Law Offices of Steven A. Morelli, P.C.
                    1461 Franklin Avenue
                    Garden City, NY 11530

For Defendants:     Michael Anthony Miranda, Esq.
                    Brian S Condon, Esq.
                    Kelly Courtney Spina, Esq.
                    Miranda Sambursky Slone Sklarin
                      Verveniotis LLP
                    240 Mineola Boulevard
                    Mineola, NY 11501
```

SEYBERT, District Judge:

        The motion to amend at Docket Entry 26 is hereby REFERRED to Magistrate Judge A. Kathleen Tomlinson pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for DECISION. See Fielding v. Tollaksen, 510 F.3d 175, 178 (2d Cir. 2007) ("As a matter of case management, a district judge may refer nondispositive motions, such as a motion to amend the complaint, to a magistrate judge for decision without the parties' consent."); Dollar Phone

Corp. v. St. Paul Fire, No. 09-CV-1640, 2011 WL 837793, at *1 (E.D.N.Y. Mar. 4, 2011) (collecting cases); see also Pagano v. Frank, 983 F.2d 343, 346 (1st Cir. 1993); Hall v. Norfolk S. Ry. Co., 469 F.3d 590, 595 (7th Cir. 2006).

The parties are directed to address all future filings related to this motion to Judge Tomlinson.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:  October __7__, 2014
        Central Islip, NY